JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO G. CAPA, Trustee of the Capa Revocable Living Trust Dated April 16, 1996, a California Trust, who acquired title as Francisco G. Capa Trustee of the Revocable Living Trust<br><br>ESPERANZA CAPA, Trustee of the Capa Revocable Living Trust Dated April 16, 1996, a California Trust, who acquired title as Francisco G. Capa Trustee of the Revocable Living Trust; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00278-RGK-SK<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 9, 2020<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against Fernando G. Capa and Esperanza Capa ("Defendants") is dismissed with prejudice.

Dated: July 2, 2020

Hon. R. Gary Klausner
United States District Judge
Central District of California